**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| AKH COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 13-CV-2003 JAR/DJW |
| | ) |
| UNIVERSAL UNDERWRITERS | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Bradley J. Baumgart and Eric J. Aufdengarten, of the law firm of Kutak Rock LLP, 1010 Grand Boulevard, Suite 500, Kansas City, Missouri 64106, enter their appearance on behalf of Universal Underwriters Insurance Company, in the above-captioned matter.

Dated this 8th day of February, 2013.

Respectfully Submitted,

KUTAK ROCK LLP

By: s/Eric J. Aufdengarten
Bradley J. Baumgart  KS No.  70316
Eric J. Aufdengarten  KS No. 21289
KUTAK ROCK LLP
1010 Grand Boulevard, Suite 500
Kansas City, MO  64106-2220
(816) 960-0090 (Telephone)
(816) 960-0041 (Facsimile)
brad.baumgart@kutakrock.com
eric.aufdengarten@kutakrock.com

4816-9076-8402.1

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC

By: s/_____
KAREN L. BIZZINI
[Pro Hac Vice Application to be Submitted]
SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC
550 South Hope Street, Suite 2350
Los Angeles, CA  90071
(213) 996-4200 - Office
(213) 892-8322 – Fax
kbizzini@spcclaw.com


ATTORNEYS FOR DEFENDANT
UNIVERSAL UNDERWRITERS
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court this 8th day of February, 2013 to:

| | |
|---|---|
| Scott C. Hecht | David A. Gauntlett |
| Brian E. Sobczyk | James A. Lowe |
| Stinson Morrison Hecker LLP | Gauntlett & Associates |
| 1201 Walnut Street, Suite 2900 | 18400 Von Karman, Suite 300 |
| Kansas City, MO 64106 | Irvine, CA 92612 |
| (816) 842-8600 (Telephone) | (949) 553-1010 (Telephone) |
| (816) 691-3495 (Facsimile) | (949) 553-2050 (Facsimile) |
| Email: bsobczyk@stinson.com | Email: info@gauntlettlaw.com |
| Email: schecht@stinson.com | Email: jal@gauntlettlaw.com |

s/ Eric J. Aufdengarten_____
Attorney for Defendant

4816-9076-8402.1