IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
**(Kansas City)**

| | |
|---|---|
| AKH COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSAL UNDERWRITERS )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 13-cv-02003-JAR-KGG |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**FOR PLAINTIFF AKH COMPANY, INC.**

PLEASE TAKE NOTICE that the law firm of Gauntlett & Associates and attorneys David A. Gauntlett and James A. Lowe, who have appeared in this matter as co-counsel on behalf of Plaintiff AKH Company, Inc., in a *pro hac vice* capacity, pursuant to Local Rule 83.5.5(b) and (c) hereby withdraws and disassociates itself and themselves from further representation of AKH Company, Inc. in this matter.

AKH Company, Inc. will continue to be represented by remaining counsel of record, Scott C. Hecht, Esq. and Brian E. Sobczyk, Esq. of Stinson Leonard Street LLP of Kansas City, Missouri.

AKH Company, Inc. will also be represented going forward by Vatche Chorbajian of San Diego, California who will file a motion to be admitted *pro hac vice.*

Dated: March 20, 2014                 By:  /s/ David A. Gauntlett
                                                        David A. Gauntlett, *pro hac vice*
                                                        James A. Lowe, *pro hac vice*
                                                        GAUNTLETT & ASSOCIATES
                                                        18400 Von Karman, Suite 300
                                                        Irvine, California  92612

179110.2-10404-006-3/19/14

1

(949) 553-1010 (telephone)
(949) 553-2050 (facsimile)
info@gauntlettlaw.com
jal@gauntlettlaw.com


By: _____/s/ Vatche Chorbajian_____
Vatche Chorbajian
Law Office of Vatche Chorbajian
12707 High Bluff Dr., Suite 100
San Diego, California, 92130
(858) 759-8822 (telephone)
(858) 923-21244 (facsimile)
vatche@vclegal.com


Scott C. Hecht, KS #16492
Brian E. Sobczyk, KS #21046
STINSON LEONARD STREET LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 842-8600 (telephone)
(816) 691-3495 (facsimile)
shecht@stinson.com
bsobczyk@stinson.com

ATTORNEYS FOR PLAINTIFF
AKH COMPANY, INC.

# CERTIFIFCATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von Karman, Suite 300, Irvine, California 92612.

On March 20, 2014, the undersigned served the foregoing document described as: **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** on the named plaintiff in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Hratch Andonian<br>
President<br>
AKH COMPANY, INC.<br>
DBA DISCOUNT TIRE CENTERS<br>
1160 N. Anaheim Boulevard<br>
Anaheim, California 92801-2502<br>
handon@discounttirecenters.com<br>
<br>
*Plaintiff AKH Company, Inc.*

[X]   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(BY FACSIMILE)** The document was transmitted by facsimile transmission to the above fax number with the transmission reported as complete and without error.

[X]   **(BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION)** I caused the document to be sent to the respective e-mail addresses of the parties as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **(BY UPS NEXT DAY AIR)** I caused such package to be deposited with the UPS Drop Box or UPS Air Service Center located at one of the following locations: 18400 Von Karman, Irvine, California 92612 or 2222 Michelson Drive, #222, Irvine, California 92612.

Executed on March 20, 2014, at Irvine, California.

Peggy Murray                                    *(Signature)* /s/ Peggy Murray
(Print Name)

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2014, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Buchanan, Esq.
Derek H. MacKay, Esq.
BROWN & JAMES P.C.
1100 Main Street, Suite 1900
Kansas City, MO  64105-5176
Telephone:     (816) 472-0800
Facsimile:      (816) 421-1183
dbuchanan@bjpc.com
dmackay@bjpc.com

Karen L. Bizzini, Esq.
Robert A. Sanders
SINNOT, PUEBLA, CAMPAGNE & CURET
550 S. Hope Street, Suite 2350
Los Angeles, CA 90071-2618
Telephone:     (213) 996-4200
Facsimile:      (213) 892-8322
kbizzini@spcclaw.com
rsanders@spcclaw.com

*Attorneys for Defendant*
*Universal Underwriters Insurance Company*

                                                s/ *Brian E. Sobczyk*
                                                Attorney for Plaintiff AKH Company, Inc.