# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AKH COMPANY, INC., | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) Case No. 2:13-cv-2003 JAR-KGG |
| VS. | ) |
| | ) |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | ) |
| | ) |
| Defendant/Counter/Claimant. | ) |
| | ) |
| | ) |

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY'S
## MOTION TO REVIEW MAGISTRATE JUDGE GALE'S OCTOBER 24, 2017 ORDER

Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b), and District of Kansas Local Rule 72.1.4(b), Defendant and Counter-Claimant Universal Underwriters Insurance Company ("Universal") respectfully submits this Motion for the District Court to review Magistrate Judge Kenneth G. Gale's October 24, 2017 Order on Motion to Amend Counterclaim and Add Parties (Doc. 497, the "October 24 Order"). For the reasons identified in the accompanying memorandum of law, the October 24 Order should be reviewed by this Court and reversed.

DATED: November 7, 2017          Respectfully submitted,

                                             BROWN & JAMES, P.C.

                                             By:    *s/ Derek H. MacKay*

                                                 Derek H. MacKay, Esq.
                                                 2345 Grand Boulevard, Ste. 2100
                                                 Kansas City, MO 64108
                                                 (816) 472-0800 (Telephone)
                                                 (816) 421-1183 (Facsimile)
                                                 *dmackay@bjpc.com*

2

And

        DENTONS US LLP

        By:    */s/ Shari L. Klevens*

        Shari L. Klevens, *Pro Hac Vice*
        Alanna Clair, *Pro Hac Vice*
        1900 K Street, NW
        Washington, DC 20006
        Tel: (202) 496-7612
        Fax: (202) 496-7756
        *shari.klevens@dentons.com*
        *alanna.clair@dentons.com*

# CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and referenced document was filed electronically with the above-captioned Court, with notice of case activity to be generated and sent electronically by the Clerk of said court on this 7th day of November to the following:

Vatché Chorbajian, *Pro Hac Vice*
Craig Aronson, *Pro Hac Vice*
LAW OFFICE OF VATCHÉ CHORBAJIAN
12707 High Bluff Dr., Suite 100
San Diego, California 92130
Tel: (858) 759-8822
Fax: (858) 923-2124
*vatche@vclegal.com*
*craigaronsonesq@yahoo.com*

Brian E. Sobczyk, KS #21046
STINSON LEONARD STREET LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 842-8600 (Telephone)
(816) 691-3495 (Facsimile)
*brian.sobczyk@stinsonleonard.com*

Attorneys For Plaintiff/Counter-Defendant AKH COMPANY, INC.

Shari L. Klevens, *Pro Hac Vice*
Alanna Clair, *Pro Hac Vice*
1900 K Street, NW
Washington, DC 20006
Tel: (202) 496-7612
Fax: (202) 496-7756
*shari.klevens@dentons.com*
*alanna.clair@dentons.com*

Attorneys For Defendant/Counter-Claimant UNIVERSAL UNDERWRITERS INSURANCE COMPANY

By:      */s/ Derek MacKay*
Derek H. MacKay, Esq.
BROWN & JAMES, P.C.
Attorneys For Defendant/Counter-Claimant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY